# EXHIBIT A


Recorder Hawthorn
2022-0










pixels
AT1935A511
935A511






Recorder